

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00124-CR

**BILLY JOE HARRIS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 278th District Court
### Leon County, Texas
### Trial Court No. CM-11-50

## O R D E R

In a motion filed on July 11, 2013, Appellant requests an extension of time to file his brief or other response to his counsel's Anders brief. The relief requested by appellant was granted in an order dated July 17, 2013. Accordingly, appellant's motion filed on July 11, 2013 is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed August 1, 2013
Do not publish